IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| ANTHONY LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:12-CV-00619-BP |
| ) | |
| AMR CORPORATION, ) | |
| et al. ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT AMR CORPORATION

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, Defendant AMR Corporation ("AMR") hereby moves the Court to enter an order dismissing with prejudice all claims against Defendant AMR contained in Plaintiff's Complaint for failure to state a claim upon which relief may be granted. In support of this Motion, Defendants AMR provides its Suggestions in Support filed contemporaneously with this Motion.

Respectfully submitted,

STINSON MORRISON HECKER LLP

By: /s/ Patricia A. Konopka
Patricia A. Konopka    MO #45477
Deanna J. Atchley    MO #61754
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
pkonopka@stinson.com
datchley@stinson.com
(816) 842-8600 (telephone)
(816) 691-3495 (facsimile)

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2012, I electronically filed the foregoing with the Clerk of the Court of the U.S. District Court for the Western District of Missouri by using the CM/ECF system, through which a notice of electronic filing will be sent to the following counsel of record:

Joshua D. Seiden
SEIDEN LAW OFFICE, P.A.
8717 W. 110th Street, Suite 50
Overland Park, Kansas 66210
joshua@seidenlawoffice.com

ATTORNEY FOR PLAINTIFF

                                              */s/ Patricia A. Konopka*
                                              Attorney for Defendants