IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| ANTHONY LEWIS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMR CORPORATION, )<br>et al. )<br>Defendants. )<br>) | Case No. 4:12-CV-00619-BP |

## MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT PERRICELLI-RICE

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, Defendant Jennifer Perricelli-Rice ("Perricelli-Rice") hereby moves the Court to enter an order dismissing with prejudice all claims against Defendant Perricelli-Rice contained in Plaintiff's Complaint for failure to state a claim upon which relief may be granted. In support of this Motion, Defendant Perricelli-Rice provides her Suggestions in Support filed contemporaneously with this Motion.

        Respectfully submitted,

        STINSON MORRISON HECKER LLP


By:    */s/ Patricia A. Konopka*
      Patricia A. Konopka   MO #45477
      Deanna J. Atchley   MO #61754
      1201 Walnut, Suite 2900
      Kansas City, Missouri 64106
      pkonopka@stinson.com
      datchley@stinson.com
      (816) 842-8600 (telephone)
      (816) 691-3495 (facsimile)

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I electronically filed the foregoing with the Clerk of the Court of the U.S. District Court for the Western District of Missouri by using the CM/ECF system, through which a notice of electronic filing will be sent to the following counsel of record:

Joshua D. Seiden
SEIDEN LAW OFFICE, P.A.
8717 W. 110th Street, Suite 50
Overland Park, Kansas 66210
joshua@seidenlawoffice.com

ATTORNEY FOR PLAINTIFF

/s/ Patricia A. Konopka
Attorney for Defendants